UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.	Case No. 1:07-CR-140

CRAIG KENT,	HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed October 18, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Craig Kent's plea of guilty to the single-count Indictment is accepted. Defendant Craig Kent is adjudicated guilty.

DATED in Kalamazoo, MI:	 /s/ Richard Alan Enslen
   November 2, 2007	RICHARD ALAN ENSLEN
   	SENIOR UNITED STATES DISTRICT JUDGE